O

```
                FILED
              SEP 22 2010
       CLERK, U.S. DISTRICT COURT
     CENTRAL DISTRICT OF CALIFORNIA
     SOUTHERN DIVISION AT SANTA ANA
     BY _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. SA 10-343M |
|---|---|
| Plaintiff, | ) **ORDER OF DETENTION** |
| vs. | ) |
| LUIS ANTONIO DIAZ, | ) |
| Defendant. | ) |

I

A.    ( )    On motion of the Government in a case allegedly involving:

1.    (X)    a crime of violence.

2.    ( )    an offense with maximum sentence of life imprisonment or death.

3.    ( )    a narcotics or controlled substance offense with maximum sentence of ten or more years.

4.    ( )    any felony - where defendant convicted of two or more prior offenses described above.

5.    ( )    any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive

device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

B. (X) On motion by the Government/ ( ) on Court's own motion, in a case allegedly involving:

    1. (X) a serious risk that the defendant will flee.
    2. ( ) a serious risk that the defendant will:
        a. ( ) obstruct or attempt to obstruct justice.
        b. ( ) threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C. The Government ( ) is/ (X) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

II

A. ( ) The Court finds that no condition or combination of conditions will reasonably assure:
    1. (X) the appearance of the defendant as required.
    (X) and/or
    2. (X) the safety of any person or the community.

B. ( ) The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

III

The Court has considered:

A. the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or

1  destructive device;
2  B.   the weight of evidence against the defendant;
3  C.   the history and characteristics of the defendant; and
4  D.   the nature and seriousness of the danger to any person or the community.

IV

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

V

The Court bases the foregoing finding(s) on the following:
A.   (X)   As to flight risk:
DEFENDANT HAS NO BAIL SURETIES AND HAS NOT PROVIDED ANY BACKGROUND INFORMATION.
B.   (X)   As to danger:
BASED ON THE COMPLAINT, THERE IS PROBABLE CAUSE TO BELIEVE DEFENDANT COMMITTED TWO BANK ROBBERIES. DEFENDANT TOLD THE VICTIMS IN EACH ROBBERY THAT HE HAD A GUN.

VI

A.   ( )   The Court finds that a serious risk exists the defendant will:
  1.   ( )   obstruct or attempt to obstruct justice.
  2.   ( )   attempt to/ ( ) threaten, injure or intimidate a witness or juror.
B.   The Court bases the foregoing finding(s) on the following:

VI

A.   IT IS THEREFORE ORDERED that the defendant be detained prior to

3

1  trial.

2  B.  IT IS FURTHER ORDERED that the defendant be committed to the
3  custody of the Attorney General for confinement in a corrections facility
4  separate, to the extent practicable, from persons awaiting or serving sentences
5  or being held in custody pending appeal.

6  C.  IT IS FURTHER ORDERED that the defendant be afforded reasonable
7  opportunity for private consultation with counsel.

8  D.  IT IS FURTHER ORDERED that, on order of a Court of the United
9  States or on request of any attorney for the Government, the person in charge
10 of the corrections facility in which defendant is confined deliver the defendant
11 to a United States marshal for the purpose of an appearance in connection with
12 a court proceeding.

14 DATED: September 22, 2010

15                                         MARC L. GOLDMAN
16                                         _____
                                            MARC L. GOLDMAN
                                            UNITED STATES MAGISTRATE JUDGE